UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **ROSALULA LAFONTANT** | { | |
| **REID,** | { | |
| | { | CASE NO. **15-64949** – a988 |
| | { | |
| Debtor. | { | |

### DEBTOR'S NOTICE TO WITHDRAW DOCUMENT

COMES NOW, the undersigned attorney, and hereby withdraws the Notice of the Emergency Hearing on Motion to Reconsider Order of Dismissal, (Docket Number 18).

Respectfully submitted,

This 27th day of October, 2015:

/s/
Craig Cooper
Attorney for the Debtor
GA Bar No. 941033
The Semrad Law Firm, LLC
101 Marietta Street, Suite 3600
Atlanta, GA 30303
678-668-7160

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                               {          CHAPTER 13
                                     {
**ROSALULA LAFONTANT REID,**         {
                                     {
                                     {          CASE NO. **15-64949** – a988
                                     {
        Debtor.

## CERTIFICATE OF SERVICE

I, Craig Cooper, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

**Rosalula Lafintant Reid**
P.O. Box 1022
Fairburn, GA 30213

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Adam Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

                    /s/
                    Craig A. Cooper
                    Attorney for the Debtor
                    GA Bar No. 941033
                    The Semrad Law Firm, LLC
                    101 Marietta Street, Suite 3600
                    Atlanta, GA 30303
                    678-668-7160

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-64949-a998<br>Northern District of Georgia<br>Atlanta<br>Tue Oct 27 10:17:48 EDT 2015 | 1st Franklin financial<br>183 Banks Rd<br>Fayetteville, GA 30214 | 1st Franklin Financial Corporation<br>PO Box 142633<br>Fayetteville, GA 30214-6518 |
| Acs/wells Fargo<br>501 Bleecker St<br>Utica, NY 13501-2401 | Aes/educn Sr<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Ashford Town and Country<br>50 Clay Street<br>Fairburn, GA 30213-1497 | Craig Z. Black<br>The Semrad Law Firm, LLC<br>101 Marietta Street NW<br>Suite 3600<br>Atlanta, GA 30303-2716 | Craig Z. Black<br>The Semrad Law Firm, LLC<br>Suite 3600<br>101 Marietta St., NW<br>Atlanta, GA 30303-2716 |
| Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 |
| Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | FNCC/Legacy Visa<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Fst Premier<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4824 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 |
| Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |
| Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Professnl Acct Mgmt In<br>Pam Po Box 391<br>Milwaukee, WI 53201-0391 |
| Rosalula Lafontant Reid<br>P.O. Box 1022<br>Fairburn, GA 30213-8000 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 |

```
Verizon
500 Technology Dr
Ste 550
Weldon Spring, MO 63304-2225
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue           Mabt/contfin
Bankruptcy Unit                         121 Continental Dr Ste 1
1800 Century Blvd. Suite 17200          Newark, DE 19713
Atlanta, GA 30345-3205
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Craig Z. Black                       End of Label Matrix
The Semrad Law Firm, LLC                Mailable recipients    30
Suite 3600                              Bypassed recipients     1
101 Marietta Street, NW                 Total                  31
Atlanta, GA 30303-2716
```